## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CHRISTOPHER STARKEY,

                Petitioner

        v.

JANNIE SEGARS,

                Respondent

: No. 131 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.